```
___ FILED    ✗ LODGED
___ RECEIVED ___ COPY

   FEB 2 8 2005

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ E DEPUTY
```

```
✗ FILED    ___ LODGED
___ RECEIVED ___ COPY

   MAR 17 2005

CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SAL A. EDWARDS,, <br><br> Plaintiff <br><br> vs. <br><br> THE DEVEREUX FOUNDATION, et al., <br><br> Defendants | No. CV04-1560-PHX-JWS <br><br> **ORDER in re: STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

Pursuant to stipulation of the parties and good cause appearing therefor,

**IT IS ORDERED** granting all defendants an extension of time, up to and including, June 16, 2005, to answer or otherwise respond to the Complaint in this action.

DATED this _14_ day of _March_, 2005.

_____
United States District Court Judge

1172466_1 DOC(54770.3)